IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARQUIS AL BEY, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 3:25-cv-03396-S-BT |
| § | |
| KAUFMAN COUNTY § | |
| SHERIFF'S OFFICE, et al. § | |
| § | |
| Defendants. § | |

## **ORDER**

Plaintiff Marquis Al Bey filed this pro se civil action on December 11, 2025. *See generally* Compl. (ECF No. 3). Because Plaintiff paid the statutory filing fee, he is responsible for properly serving each of the Defendants with a summons and a copy of the Complaint in accordance with Federal Rule of Civil Procedure 4.[1] After serving Defendants, Plaintiff must file proof of service with the Court; proof must be by server's affidavit. Fed. R. Civ. P. 4(l).

Rule 4 provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time," unless the plaintiff shows good cause for the failure. Fed. R. Civ. P. 4(m). Accordingly, by March 11, 2026, Plaintiff must (a)

---

[1] Plaintiff may not serve the Defendants himself. *See* Fed. R. Civ. P. 4(c)(2) ("Any person who is at least 18 years old and not a party may serve a summons and complaint.").

1

serve his complaint on each of the Defendants and file proof of service with the Court or (b) show good cause for his failure to timely serve the Defendants. If Plaintiff fails to do so, the Court may recommend that his lawsuit be dismissed without prejudice.

**SO ORDERED**.

December 18, 2025.

                                                      REBECCA RUTHERFORD
                                                     UNITED STATES MAGISTRATE JUDGE