# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MARQUIS AL BEY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-3396-S-BT |
| | § | |
| KAUFMAN COUNTY SHERIFF'S OFFICE et al. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case, recommending dismissal under Federal Rules of Civil Procedure 4(m) and 41(b) for Plaintiff's failure to timely serve Defendants and to otherwise prosecute his case. *See* ECF No. 7. No objections were filed, but Plaintiff did file a motion indicating that some Defendants had been served. *See* ECF No. 9. And the United States Attorney's Office has acknowledged that Plaintiff served the Defendants it represents. *See* ECF No. 10. The record, however, contains no indication that Plaintiff ever served the Kaufman County Sheriff's Office, Russell Vanlooy, James Hohenberger, or Taylor Livingston.

The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS IN PART** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DISMISSES** under Rules 4(m) and 41(b) only the claims against the Kaufman County Sheriff's Office, Russell Vanlooy, James Hohenberger, and Taylor Livingston.

**SO ORDERED.**

SIGNED August 28, 2026.

**UNITED STATES DISTRICT JUDGE**